# Court of Appeals
# of the State of Georgia

ATLANTA, __August 15, 2012__

*The Court of Appeals hereby passes the following order:*

## A12D0490. ANTHONY BERNARD KING v. THE GEORGIA DEPARTMENT OF HUMAN RESOURCES.

On July 30, 2012, Anthony Bernard King filed an application for discretionary appeal from the trial court's June 18, 2012, order denying a motion to set aside.[1] We lack jurisdiction because this application is untimely.

To be timely, a discretionary application must be filed within 30 days of entry of the order at issue. OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). King, however, filed his application 42 days after the trial court entered its order. Because we lack jurisdiction to consider an untimely application for discretionary appeal, this application is hereby DISMISSED. See *Hill*, supra.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, __08/15/2012__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ , *Clerk.*

---

[1] Although we initially received King's application on July 18, 2012, we could not accept it for filing because he failed to include either a proper certificate of service or the filing fee or a sufficient pauper's affidavit. See OCGA § 5-6-4; Court of Appeals Rules 5 & 6.